People v Cato (2022 NY Slip Op 02742)

People v Cato

2022 NY Slip Op 02742

Decided on April 22, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 22, 2022

PRESENT: SMITH, J.P., PERADOTTO, NEMOYER, CURRAN, AND BANNISTER, JJ. (Filed Apr. 22, 2022.) 

MOTION NOS. (901 & 906/21) KA 19-02116. KA 19-02117.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JASON E. CATO, DEFENDANT-APPELLANT. (APPEAL NO. 1.)
THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JASON E. CATO, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER Motion for reargument denied.